618 A.2d 391

Herman PETROFF and Henrietta Petroff, individually and as husband and wife, Appellants,

v.

REDEVELOPMENT AUTHORITY OF the CITY OF PHILADELPHIA and Seventh and Chestnut Associates and Norman Wolgin and Waverly Management.

Supreme Court of Pennsylvania.

Argued Dec. 8, 1992.

Decided Jan. 7, 1993.

Ned Hark, Philadelphia, for appellants.

John L. More, Philadelphia, for Seventh & Chestnut Assoc. and Waverly Management.

Lawrence R. Diamond, Philadelphia, for Redevelopment Authority of the City of Philadelphia.

Before LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIX, C.J., did not participate in the consideration or decision of this case.

MONTEMURO, J., dissents.